IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRENNAN, as Guardian Ad Litem
for and on behalf of K.S. and S.S., minors;
JONATHAN SPURR and KELLY JEAN SPURR,
individually and as Next Friend for and on behalf of
Z.S., a minor,

      Plaintiffs,

vs.    No.1:14-CV-00006-RHS-KBM

FORD MOTOR COMPANY,
TRW AUTOMOTIVE, and
TRW VEHICLE SAFETY SYSTEMS, INC.,

      Defendants.

## ENTRY OF APPEARANCE
## AND APPEARANCE BY ATTORNEYS LICENSED OUTSIDE DISTRICT

Steven S. Scholl, a member of the Federal Bar of New Mexico, and Dixon, Scholl & Bailey, P.A., in association with David B. Weinstein and Jason Hartman, of the law firm, Weinstein Tippetts & Little LLP, attorneys certified by Steven S. Scholl to be members in good standing of the Texas State Bar and both admitted to practice in the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas and the United States District Court for the Eastern District of Michigan; and, David B. Weinsten being admitted to practice in the United States Courts of Appeals for the 5th Circuit, 8th Circuit; and, the United States Supreme Court, pursuant to the provisions of D.N.M.LR-Civ. 83.3 hereby enter their appearance on behalf of Defendants TRW Safety Systems Inc. (incorrectly identified in Plaintiffs' Amended Complaint as "TRW Safety System") and TRW Vehicle Safety Systems Inc. and request that all papers, pleadings and other matters be served on them at their addresses below.

Respectfully Submitted,


/s/ filed electronically Steven S. Scholl
Steven S. Scholl
Dixon, Scholl & Bailey, P.A.
P.O. Box 94147
Albuquerque, New Mexico 87199-4147
(505) 244-3890
(505) 244-3889 Fax
sscholl@dswblaw.com


— and —


/s/ David B. Weinstein
David B. Weinstein
Weinstein Tippetts & Little LLP
7500 San Felipe, Suite 500
Houston, TX 77063
(713) 244-0800
(713) 244-0801 Fax
david.weinstein@wtllaw.com


/s/ Jason Hartman
Jason Hartman
Weinstein Tippetts & Little LLP
7500 San Felipe, Suite 500
Houston, TX 77063
(713) 244-0800
(713) 244-0801 Fax
jason.hartman@wtllaw.com


I hereby certify that a copy of the foregoing Pleading was electronically filed and served through the Court's electronic filing system this 10th day of January, 2014:

Steven S. Scholl