IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL BRENNAN, as Guardian Ad Litem for and on behalf of K.S. and S.S., Minors; JONATHAN SPURR and KELLY JEAN SPURR, Individually and as Next Fried for and on behalf of Z.S., a Minor<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY;<br>TRW AUTOMOTIVE U.S., LLC;<br>TRW VEHICLE SAFETY SYSTEMS,<br><br>Defendants. | **CIV-14-CV-0006-JAP-KBM** |

**STIPULATED ORDER OF THE COURT EXTENDING
CERTAIN DISCOVERY DEADLINES**

This matter came before the Court on the July 13, 2016 Status Conference. The parties informed the Court at that time that Ford would need an additional 30 days to prepare for the deposition of its 30(b)(6) witness to comply with the Court's August 12, 2016 Order (Doc. No. 168), and that as a result, an agreement had been reached to modify the current scheduling order to allow for the taking of the Ford F.R.C.P. 30(b)(6) depositions beyond the deadline for the completion of fact discovery, and for the designation of experts by the Plaintiffs on September 15, 2016 and by the Defendants on October 15, 2016. The parties represented further that this agreement would not affect the current discovery deadline of November 11, 2016.

Subsequent to the completion of the Status Conference, the parties conferred further and Plaintiffs and Ford request that the Court enter the following orders for discovery to be completed: 1) Ford Motor Company's discovery motion filed July 26, 2016, is withdrawn because the Parties have reached agreements on the disputed issues; 2) Plaintiffs will notice the Rule 30(b)(6) deposition of Roger Burnett on restraint topics on September 1, 2016. Plaintiffs have withdrawn Topics 16(c), and 17(c); Plaintiffs will

notice the Rule 30(b)(6) deposition of Mark Tuneff on TREAD topics (Topics 14 and 15) on August 18, 2016, unless otherwise agreed to by the parties based on witness availability; 3) Plaintiffs will identify their experts and set forth the subject they will testify on Friday, August 5, 2016; 4) Ford will identify its experts and set forth the same type of description on Friday Aug 12, 2016; 5) the expert depositions will take place between September 15, 2016, and November 11, 2016; 6) The November 11, 2016 discovery deadline remains in effect.

Wherefore, the Court finding that the parties have stipulated to this relief, and that good cause does exist, hereby orders as follows:

1. Ford Motor Company's discovery motion filed July 26, 2016, is withdrawn because the Parties have reached agreements on the disputed issues;

2. Plaintiffs will notice the Rule 30(b)(6) deposition of Roger Burnett on restraint topics on September 1, 2016. Plaintiffs have withdrawn Topics 16(c), and 17(c). Plaintiffs will notice the Rule 30(b)(6) deposition of Mark Tuneff on TREAD topics (Topics 14 and 15) on August 18, 2016, unless otherwise agreed to by the parties based on witness availability;

3. Plaintiffs will identify their experts and set forth the subject they will testify on Friday, August 5, 2016;

4. Ford will identify its experts and set forth the same type of description on Friday Aug 12, 2016; The expert depositions will take place between September 15, 2016, and November 11, 2016;

5. The November 11, 2016 discovery deadline remains in effect.

Signed this the 29th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Agreed at to form and content:

_/S/ Jerry White_____
Attorney for Plaintiffs


_/S/ Craig Logsdon_____
Attorney for Defendant Ford Motor Company


__/S/ Jason Hartman_____
Attorney For Defendant TRW VSSI